IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| TRUCKSTOP.NET, L.L.C. | ) | |
| | ) | Case No. CV-04-561-S-NRS |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM DECISION** |
| | ) | **AND ORDER** |
| v. | ) | |
| | ) | |
| SPRINT COMMUNICATIONS COMPANY, L.P., | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| TRUCKSTOP.NET, L.L.C. | ) | |
| | ) | Case No. CV-05-138-S-NRS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPRINT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      The Court has now reviewed the documents submitted by Sprint Corporation and Sprint Communications Company, L.P. ("Sprint") for in camera review pursuant to the Court's order dated August 29, 2007.  With the exception of Document Nos. 45 and 268, the Court is satisfied that Sprint has satisfied its burden of establishing attorney-client privilege and/or the work product doctrine

**MEMORANDUM  DECISION AND ORDER** – 1

protection.  Therefore, pursuant to Federal Rules of Civil Procedure 26 and 37, Sprint shall promptly produce copies of Document Nos. 45 and 268 to Truckstop.net, LLC.  Sprint may redact otherwise privileged and/or protected communications falling within Document Nos. 45 and 268.  The Court declines to award fees and/or costs at this time.

DATED: **October 22, 2007**

Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge

**MEMORANDUM  DECISION AND ORDER – 2**